UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TRAVIS HATCHETT,

                Plaintiff,

-against-

T&M TRANSPORTATION, LLC., BIRON WILLIAM HAILEY, and ABDIKADIR ALI LIBAN,

                Defendants.
----------------------------------------x

Docket No.:09-CV-08810 (PKC) (AJP)

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the attorneys for the parties in the above-captioned action, as follows:

1. Plaintiff may serve an Amended Verified Complaint to correct typographical errors with respect to the names of the parties in certain of the allegations.

2. The Amended Verified Complaint shall contain no new allegations of negligence against any party.

Dated: New York, New York
       March ___ 2010

KELNER & KELNER, ESQS.
By: Joshua D. Kelner
140 Broadway, 37th Floor
New York, New York 10005
Attorneys for Plaintiff

RAWLE & HENDERSON, LLP
By: Diane Carvell
14 Wall Street, 27th Floor
New York, New York 10005
Attorneys for Defendant LIBAN

KOPF NARDELLI & DOPF, LLP
By: Seth Abrams
440 Ninth Avenue
New York, New York 10001
Attorneys for Defendant T&M TRANSPORTATION