IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS HATCHETT,<br><br>                    Plaintiff,<br>-against-<br><br>T&M TRANSPORTATION, LLC,<br>BIRON WILLIAM HAILEY, and<br>ABDIKADIR ALI LIBAN<br><br>                    Defendants. | CIVIL ACTION NO.:<br>7:09-cv-8810<br><br>(CS/LMS) |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Eric Schoenfeld, Esq. of Schoenfeld Moreland, P.C. as counsel for defendant, Abdikadir Ali Liban, in the above referenced matter.

Dated:    New York, New York
           April 22, 2010

                      Yours, etc.

                      SCHOENFELD MORELAND, P.C.

                      By: _____ (ES-8532)
                      Eric Schoenfeld, Esq.
                      Schoenfeld Moreland, P.C.
                      61 Broadway, 18th Floor
                      New York, NY 1006
                      212-509-0500

3227742-1