IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS HATCHETT, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO.: |
| -against- | : 1:09-cv-8810 |
| | : |
| T&M TRANSPORTATION, LLC, | : (CS/LMS) |
| BIRON WILLIAM HAILEY, and | : |
| ABDIKADIR ALI LIBAN | : |
| | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

Kindly withdraw the appearance of Diane B. Carvell, Esquire and Rawle & Henderson $^{LLP}$ as counsel for defendant, Abdikadir Ali Liban, in the above referenced matter.

Dated:   New York, New York
         May 3, 2010

                    Yours, etc.

                    RAWLE & HENDERSON LLP

                    By:_____
                    Diane B. Carvell
                    14 Wall Street, 27th Floor
                    New York, New York 10005
                    (212) 323-7070
                    Our File No: 802,319

3611388-1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Withdrawal of Appearance was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Joshua D. Kelner
Kelner & Kelner
140 Broadway, 37th Floor
New York, NY 10005
*Counsel for Plaintiff*

Marc Lust, Esquire
Kopff, Nardelli & Dopf, LLP
440 Ninth Avenue
New York, NY 10001-1688
*Counsel for T&M Transportation and Biron Hailey*

RAWLE & HENDERSON, LLP

By:_____
      Diane Carvell, Esq.

3227742-1